IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL LEYVA, | No. C 08-5317 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2254. In the initial review order entered on December 1, 2008, it was noted that petitioner conceded that his state habeas petition was still pending in the California Supreme Court, so it appeared that he had not completed exhaustion. He was ordered to show cause within thirty days why the petition should not be dismissed for failure to exhaust. The deadline for him to show cause has passed and he has not responded. As a result, the petition is **DISMISSED** for failure to exhaust. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: January   13   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\LEYVA5317.DSM.wpd